# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 12-51240
Summary Calendar

————

United States Court of Appeals
Fifth Circuit
**FILED**
April 3, 2014
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

versus

PABLO URIAS-BEJARANO,

Defendant–Appellant.

————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:12-CR-230-1

————

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Pablo Urias-

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-51240

Bejarano has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Urias-Bejarano has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.